NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AVKARE, INC.,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2016-1630

---

Appeal from the United States Court of Federal Claims in No. 1:15-cv-01015-EDK, Judge Elaine Kaplan.

---

**JUDGMENT**

---

JAMES S. PHILLIPS, Argus Legal, PLLC, McLean, VA, argued for plaintiff-appellant. Also represented by JAMES S. DELSORDO, Manassas, VA.

JAMES WILLIAM POIRIER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by MARTIN F. HOCKEY, JR., ROBERT E. KIRSCHMAN, JR., BENJAMIN C. MIZER; MAURA CATHERINE BROWN, ELYSE M. GRIFFITHS, Office of General Counsel, United States Department of Veterans Affairs, Hines, IL.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MOORE, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 27, 2017
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court